**UNITED STATES DISTRICT COURT**
**FOR NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Liddell Lacy, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:21-cv-03081 |
| | ) | |
| vs. | ) | Hon. Sharon Johnson Coleman |
| | ) | |
| Village of Maywood, | ) | Magistrate Judge Gabriel A. Fuentes |
| Maywood Police Officer Sean Earley, | ) | |
| Maywood Police Officer Daryl Fairley, and | ) | |
| Maywood Police Officer Carlos Patterson, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Plaintiff's court-appointed counsel, Jonathan B. Blakley, respectfully moves to withdraw as counsel, pursuant to Northern District of Illinois Local Rules 83.31.16(b)(1)(D), 83.51.16(b)(1)(E), and 83.38(a)(4). In support thereof, Mr. Blakley states as follows:

1. On June 8, 2021, Plaintiff, Liddell Lacy, filed this action *pro se*. (Dkt. 1).

2. On August 25, 2021, this Court appointed the undersigned, Jonathan B. Blakley, as counsel for Plaintiff, pursuant to Northern District of Illinois Local Rule 83.37. (Dkt. 10).

3. Since his appointment and throughout his tenure as Plaintiff's counsel, the undersigned has had lengthy, comprehensive discussions with Plaintiff regarding Plaintiff's claims, and the law that governs them.

4. Based upon the substance and tenor of these discussions, the undersigned has concluded that professional considerations require termination of his representation.

5. Northern District of Illinois Local Rule 83.51.16(b)(1) provides that a lawyer may withdraw because, among other things, the client:

1

(D)     by other conduct renders it unreasonably difficult for the lawyer to carry out the employment effectively; or

(E)     insists, in a matter not pending before a tribunal, that the lawyer engage in conduct that is contrary to the judgment and advice of the lawyer although not prohibited by [NDIL Local] rules.

6.      Further, Northern District of Illinois Local Rule 83.38(a)(4), applicable specifically to counsel appointed by the Court, states that a lawyer may move for relief from an order of assignment when "some personal incompatibility or substantial disagreement on litigation strategy exists between counsel and the party."

7.      Plaintiff, Liddell Lacy, was notified of this Motion to Withdraw. The Northern District of Illinois' Notification of Party Contact Information is attached hereto as Exhibit A.

Wherefore, Plaintiff's court-appointed counsel, Jonathan B. Blakley of Gordon Rees Scully Mansukhani, LLP, respectfully requests that this Court enter an order relieving him from appointment as counsel for Plaintiff, Liddell Lacy.

Dated: July 10, 2023                              Respectfully submitted,


                                                  By:     */s/ Jonathan B. Blakley*


Jonathan B. Blakley (#6308603)
**GORDON REES SCULLY MANSUKHANI, LLP**
One North Franklin
Suite 800
Chicago, Illinois 60606
(312) 619-4915
jblakley@grsm.com

## CERTIFICATE OF SERVICE

I, Jonathan B. Blakley, an attorney, hereby certify that a copy of the above and foregoing was filed electronically with the Court of the United States District Court for the Northern District of Illinois (Eastern Division), on July 10, 2023, using the CM/ECF system.

/s/ *Jonathan B. Blakley*

# EXHIBIT A

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:21-cv-03081

**Case Title**: Liddell Lacy vs. Village of Maywood, et al.

**Judge**: Sharon Johnson Coleman

**Name of Attorney submitting the motion to withdraw**:

Jonathan B. Blakley

**Name of Client**:

Liddell Lacy

**Mailing address of Client**: 911 Pleasant St., Apt. G West

**City:** Oak Park                                   **State:** IL

**Zip:** 60302                          **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:**_____

**Date:** July 10, 2023